DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BAUTISTA REO U.S. LLC,**
Appellant,

v.

**ARR INVESTMENTS, INC., CITY NATIONAL BANK OF FLORIDA, ARR CHILD CARE, INC., ARISTA ACADEMY, INC., RAFAEL RODRIGUEZ, and ALEJANDRINO RODRIGUEZ,**
Appellees.

No. 4D22-1569

[February 23, 2023]

Appeal from the Circuit Court of the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE16-015862

Denise D. Dell-Powell of Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A., Orlando, for appellant.

Dorothy F. Easley of Easley Appellate Practice, PLLC, Miami, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***